JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN RODRIGUEZ, an individual;<br>OFELIA RODRIGUEZ, an individual;<br>and Does 1-10,<br><br>　　　　　Defendants. | Case No.: CV 21-5271-MWF (RAOx)<br><br>*Hon. Michael W. Fitzgerald*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  June 29, 2021<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Eric Cleveland's action against Defendants John Rodriguez and Ofelia Rodriguez is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  November 30, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge